**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MINNESOTA (Duluth)**

In re:                                                             Chapter 13 No. 18-50381
Ronald D. White,

                    Debtor.                     Hon.  Robert J Kressel

_____/

### ENTRY OF APPEARANCE AND REQUEST FOR ALL NOTICES AND DOCUMENTS

| Clerk of the Court | Ryan T. Muir | Kyle Carlson |
|---|---|---|
| U.S. Bankruptcy Court | Nicolet Law, S.C. | PO Box 519 |
| 515 West First Street | 511 Second Street | Barnesville, MN 56514 |
| Duluth, MN 55802 | Suite 203 | |
| | Hudson, WI 54016 | |

      PLEASE ENTER our appearance as counsel for Freedom Mortgage Corporation.  Pursuant to the Bankruptcy Rules and the Bankruptcy Code, the undersigned should be added to the official address matrix as maintained in this proceeding by the Clerk of the Court, and that all notices given or required to be given and all papers served or required to be served in this case shall be served upon the undersigned as set forth below.

      This request encompasses all notices, copies and pleadings, including, without limitation, notices of any application, motion, petition, pleading, request, complaint or demand whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, delivery, e-mail, telephone, telegraph, telex, or otherwise which affects or seeks to affect in any way the rights or interest of said creditor.

      This appearance shall act as the appearance of every member of Trott Law, P.C., and is not limited to the attorneys listed below.

Respectfully Submitted,
Trott Law, P.C.

Dated: June 2, 2021         /e/ Samuel R. Coleman____
                                  Samuel R. Coleman (389839)
                                  Attorney for Freedom Mortgage Corporation
                                  The Academy Professional Building
                                  25 Dale Street North
                                  St. Paul, MN 55102
                                  Telephone: 651.209.9760
                                  Fax: 651.292.9482
                                  scoleman@trottlaw.com